# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARREN HARRIS, | CASE NO. 1:10-cv-01215-AWI-SKO PC |
| Plaintiff, | ORDER GRANTING MOTION |
| v. | (Doc. 10) |
| WARDEN K. HARRINGTON, et al., | |
| Defendants. | |

Plaintiff Darren Harris ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. On July 23, 2010, Plaintiff filed a motion to supplement his complaint with additional grounds for relief. (Doc. #10.) Plaintiff has also filed several addendums to his complaint.

Local Rule 220 requires all pleadings to be "complete in itself without reference to the prior or superceded pleading. No pleading shall be deemed amended or supplemented until this Rule has been complied with." Accordingly, Plaintiff may not supplement his original complaint by filing supplements that do not contain the allegations made in the prior complaint. Any amended or supplemental complaint will supercede the prior complaint. In other words, if Plaintiff files an amended or supplemental complaint, the previous complaint will no longer have any effect and will be replaced by the amended or supplemental complaint.

Plaintiff's supplemental filings do not comply with Local Rule 220 because each filing is not "complete in itself." Accordingly, the Court will grant Plaintiff leave to amend his complaint to incorporate the allegations made in his supplemental complaints and addendums. Plaintiff's

amended complaint must be complete in itself and may not refer to any previous complaints or addendums.

      Based on the foregoing, it is HEREBY ORDERED that:

1.     Plaintiff's motion to supplement his complaint is GRANTED; and
2.     Plaintiff shall file his amended complaint within 30 days of the date of service of this order.

IT IS SO ORDERED.

**Dated:   February 2, 2011**             /s/ Sheila K. Oberto  
                                                      UNITED STATES MAGISTRATE JUDGE